# J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Roger Jesperson, Trustee of the Jesperson Family Revocable Living Trust dated May 4, 1995; Joyze Jesperson, Trustee of the Jesperson Family Revocable Living Trust dated May 4, 1995; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00230-RGK-JPR<br><br>*Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 11, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against all Defendants is dismissed in its entirety, with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 13, 2021

Hon. R. Gary Klausner
United States District Judge